1426

**2014–1898. Henderson v. Synenberg.**
Cuyahoga App. No. 100910. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellee's motion to strike appellant's memorandum in support of jurisdiction, it is ordered by the court that the motion is denied. The appellee may file a memorandum in response to jurisdiction within 30 days from the date of this entry.

**2014–1939. Toledo Police Command Officers' Assn. v. State Emp. Relations Bd.**
Lucas App. No. L–13–1074, 2013-Ohio-4341. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the joint stipulation to consolidate, it is ordered by the court that this case is consolidated with case No. 2014–1944.

**2014–1944. Toledo Police Command Officers' Assn. v. State Emp. Relations Bd.**
Lucas App. No. L–13–1074, 2013-Ohio-4341. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the joint stipulation to consolidate, it is ordered by the court that this case is consolidated with case No. 2014–1939.

